Jennifer A. Reiter, No. 017502
jreiter@mmcec.com
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Defendant Quicken Loans Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>                Plaintiffs,<br><br>v.<br><br>Quicken Loans Inc.; Mortgage Electronic Registration Systems, Inc.; Chase Home Finance LLC; Mark S. Bosco, Esq.; Tiffany & Bosco, P.A.; Matthew A. Goldstein, Esq.; Gust Rosenfeld, PLC,<br><br>                Defendants. | No. _____<br><br>**NOTICE OF REMOVAL**<br><br>(From Pima County Superior Court Case No. C20113740) |

      Defendant Quicken Loans Inc. ("Quicken") files this Notice of Removal to the United States District Court for the District of Arizona and would show unto this Court as follows:

      Quicken is a defendant in a civil action filed by Plaintiffs on May 19, 2011 in the Superior Court of Pima County, Arizona, Case No. C20113740. The original complaint was served on Quicken on May 25, 2011. This Notice of Removal is thus filed in the United States District Court for the District of Arizona within the time allowed by law for removal of civil actions. *See* 28 U.S.C. § 1446. Undersigned counsel verifies that the documents attached hereto as Exhibit "1" constitute all of the process and pleadings filed in this action to date.[1] A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Pima County, Arizona.

---

[1] Exhibit 1 has not been attached to the Superior Court's copy of this notice.

1     Plaintiffs' complaint seeks damages and injunctive relief against Quicken and the other defendants for alleged wrongdoing with regard to the Plaintiffs' mortgage loan under the following theories: the federal Truth in Lending Act, 15 U.S.C. § 1635(b) and Regulation Z, the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.*, the "Helping Families Save Their Home Act of 2009," 15 U.S.C. § 1641, the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.*, quiet title, and the "Arizona Debt Collection and Consumer Protection Statutes."

    The state court action is a removable civil action under 28 U.S.C. § 1441. The complaint asserts several claims that raises questions under federal law. Thus, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

    The Court has jurisdiction over Plaintiffs' remaining state law claims under 28 U.S.C. §§ 1367 and 1441(c). This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because this action could have been originally brought in this Court.

    A true copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Pima County, Arizona, as required by 28 U.S.C. § 1446(d).

    RESPECTFULLY SUBMITTED this 22nd day of June, 2011.

    **MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Jennifer A. Reiter
    Jennifer A. Reiter
    3200 North Central Avenue, Ste. 1800
    Phoenix, Arizona  85012-2443
    Attorneys for Defendant Quicken Loans Inc.

**ORIGINAL** of the foregoing e-filed this 22nd day of June, 2011, with:

Clerk of the Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701

1. **COPY** of the foregoing mailed this 22nd day of June, 2011, to:

2. Clerk of the Court
   Pima County Superior Court Civil
3. 101 W. Congress Street, RM 131A
   Tucson, AZ 85701
4.
   Gerard O'Meara, Esq.
5. Gust Rosenfeld PLC
   One S. Church Ave., Suite 1900
6. Tucson, AZ 85701-1627
   Attorneys for Defendants Matthew A. Goldstein, Esq. and Gust Rosenfeld, PLC
7.
   Douglas C. Erickson
8. Maynard Cronin Erickson Curran & Reiter, PLC
   3200 N. Central, Ste. 1800
9. Phoenix, AZ 85012
   602-279-8500
10. Attorneys for Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC
11.
    Paul D. Cardon
12. Tiffany & Bosco, P.A.
    Third Floor Camelback Esplanade II
13. 2525 East Camelback Road
    Phoenix, AZ 85016-9240
14. Attorneys for Defendants Tiffany & Bosco, P.A. and Mark S. Bosco

15. Michael and Sharon Sparlin
    9151 E. Showcase Lane
16. Tucson, AZ 85749
    Plaintiffs Pro per
17.
    By ___/s/Stacey Tanner_____
18.

- 3 -