Jennifer A. Reiter, No. 017502
jreiter@mmcec.com
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Defendant Quicken Loans Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Quicken Loans Inc.; Mortgage Electronic Registration Systems, Inc.; Chase Home Finance LLC; Mark S. Bosco, Esq.; Tiffany & Bosco, P.A.; Matthew A. Goldstein, Esq.; Gust Rosenfeld, PLC,<br><br>Defendants. | No. CV11-00372-RCC<br><br>**ADDENDUM TO NOTICE OF REMOVAL** |

Defendant Quicken Loans Inc. ("Quicken") files this addendum to the Notice of Removal filed on June 22, 2011 (Doc. No. 1), which inadvertently omitted the other defendants' positions on removal. The other defendants who have been served to date are Tiffany & Bosco, P.A., Mark S. Bosco, JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, and Gust Rosenfeld, PLC. Undersigned counsel and/or her staff has communicated with counsel for all of these defendants and confirmed that they consent to the removal on behalf of their respective clients.

1  RESPECTFULLY SUBMITTED this 22nd day of June, 2011.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Jennifer A. Reiter
   Jennifer A. Reiter
   3200 North Central Avenue
   Phoenix, Arizona 85012-2443
   Attorneys for Quicken Loans Inc.

**ORIGINAL** of the foregoing e-filed this 22nd day of June, 2011, with:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2153

**COPY** of the foregoing mailed this 22nd day of June, 2011, to:

Gerard O'Meara, Esq.
Gust Rosenfeld PLC
One S. Church Ave., Suite 1900
Tucson, AZ 85701-1627
Attorneys for Defendants Matthew A. Goldstein, Esq. and Gust Rosenfeld, PLC

Douglas C. Erickson
Maynard Cronin Erickson Curran & Reiter, PLC
3200 N. Central, Ste. 1800
Phoenix, AZ 85012
602-279-8500
Attorneys for Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC

Paul D. Cardon
Tiffany & Bosco, P.A.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016-9240
Attorneys for Defendants Tiffany & Bosco, P.A. and Mark S. Bosco

Michael and Sharon Sparlin
9151 E. Showcase Lane
Tucson, AZ 85749
Plaintiffs Pro per

By   /s/Stacey Tanner