**GUST ROSENFELD P.L.C.**
One S. Church Ave., Suite 1900
Tucson, Arizona 85701-1627
(520) 628-7070
Gerard R. O'Meara, SBA# 002434
gromeara@gustlaw.com

**Attorneys for Defendants Gust Rosenfeld, P.L.C.
   and Matthew A. Goldstein, Esq.**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>Quicken Loans Inc.; Mortgage Electronic Registration Systems, Inc.; Chase Home Finance LLC; Mark S. Bosco, Esq.; Tiffany & Bosco, P.A.; Matthew A. Goldstein, Esq.; Gust Rosenfeld, P.L.C.<br><br>Defendants | No. 4:11-cv-00372-RCC<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GUST ROSENFELD, P.L.C.** |

This Corporate Disclosure Statement is filed on behalf of Defendant Gust Rosenfeld, P.L.C., in compliance with the provisions of: *(check one).*

   __X__      Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____      Rule 12.4(a)(1) Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____      Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the

459385 v1

1

government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

   X        No such corporation.

_____        Party is a parent, subsidiary or other affiliate of a public owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

_____        Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed).*

_____ Relationship _____

_____        Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 30th day of June 2011.

                                        GUST ROSENFELD P.L.C.

                                   By:   /s/Gerard R. O'Meara
                                         Gerard R. O'Meara, Esq.
                                         *Attorneys for Defendants*
                                         *Gust Rosenfeld, P.L.C. and*
                                         *Matthew A. Goldstein*

459385 v1

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2011, the original of the foregoing Corporate Disclosure Statement of Defendant Gust Rosenfeld, P.L.C., was filed electronically, with:

Clerk, U.S. District Court
District of Arizona
405 West Congress St.
Tucson, AZ 85701
*https://ecf.azd.uscourts.gov*

COPY of the foregoing mailed this 30th day of June 2011, to:

Jennifer A. Reiter
MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
3200 N. Central Ave., Suite 1800
Phoenix, AZ 85012
*Attorneys for Defendant Quicken Loans Inc.*

Douglas C. Erickson
MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
3200 N. Central Ave., Suite 1800
Phoenix, AZ 85012
*Attorneys for Defendant JPMorgan Chase bank, N.A., successor by merger to Chase Home Finance, LLC*

Leonard J. McDonald, Jr.
Paul D. Cardon
TIFFANY & BOSCO, P.A.
Third floor Camelback Esplanade II
2525 E. Camelback Rd., Suite 300
Phoenix, AZ 85016-4237
*Attorneys for Defendants Tiffany & Bosco,P.A. and Mark S. Bosco, Esq.*

Michael Sparlin
Sharon Sparlin
9151 e. Showcase Lane
Tucson, AZ 85749
Plaintiffs Pro Per


By:  /s/Lois A. Hall_____

459385 v1

3