**GUST ROSENFELD** P.L.C.
One S. Church Ave., Suite 1900
Tucson, Arizona  85701-1627
(520) 628-7070
Gerard R. O'Meara, SBA# 002434
gromeara@gustlaw.com

**Attorneys for Defendants Gust Rosenfeld, P.L.C.
  and Matthew A. Goldstein, Esq.**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>Quicken Loans Inc.; Mortgage Electronic Registration Systems, Inc.; Chase Home Finance LLC; Mark S. Bosco, Esq.; Tiffany & Bosco, P.A.; Matthew A. Goldstein, Esq.; Gust Rosenfeld, P.L.C.<br><br>Defendants | No. 4:11-cv-00372-RCC<br><br>**DEFENDANTS GUST ROSENFELD, P.L.C. and MATTHEW A. GOLDSTEIN, ESQ.'S JOINDER IN MOTIONS TO DISMISS** |

Defendants Gust Rosenfeld, P.L.C. and Matthew A. Goldstein, Esq., by and through undersigned attorneys, hereby join in the Motions to Dismiss heretofore filed in this matter by Defendants Tiffany & Bosco, P.A. and Mark S. Bosco, Defendant JPMorgan Chase Bank, N.A., and Defendant Quicken Loans, Inc.

RESPECTFULLY SUBMITTED this 30th day of June 2011.

GUST ROSENFELD P.L.C.

By: /s/Gerard R. O'Meara
  Gerard R. O'Meara, Esq.
  Attorneys for Defendants
  Gust Rosenfeld, P.L.C. and
  Matthew A. Goldstein, Esq.

459390 v1

1

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2011, the original of the foregoing of Defendant Gust Rosenfeld, P.L.C., was filed electronically, with:

Clerk, U.S. District Court
District of Arizona
405 West Congress St.
Tucson, AZ 85701
*https://ecf.azd.uscourts.gov*

COPY of the foregoing mailed this 30th day of June 2011, to:

Jennifer A. Reiter
MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
3200 N. Central Ave., Suite 1800
Phoenix, AZ  85012
*Attorneys for Defendant Quicken Loans Inc.*

Douglas C. Erickson
MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
3200 N. Central Ave., Suite 1800
Phoenix, AZ  85012
*Attorneys for Defendant JPMorgan Chase bank, N.A., successor by merger to Chase Home Finance, LLC*

Leonard J. McDonald, Jr.
Paul D. Cardon
TIFFANY & BOSCO, P.A.
Third floor Camelback Esplanade II
2525 E. Camelback Rd., Suite 300
Phoenix, AZ  85016-4237
*Attorneys for Defendants Tiffany & Bosco, P.A. and Mark S. Bosco, Esq.*

Michael Sparlin
Sharon Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749
Plaintiffs Pro Per


By:  /s/Lois A. Hall_____

459390 v1

2