Leonard J. McDonald, Jr. (#014228)
ljm@tblaw.com
Paul D. Cardon (#027953)
pdc@tblaw.com

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016B4237
TELEPHONE: (602) 255-6000
FACSIMILE:   (602) 255-0103

*Attorneys for Defendants Tiffany & Bosco, P.A. and Mark S. Bosco.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL BENSON SPARLIN and SHARON JEANETTE SPARLIN H/W,<br><br>Plaintiffs,<br><br>vs.<br><br>TIFFANY & BOCSO, P.A. and MARK S. BOSCO, P.A.<br><br>Defendants. | No. 4:11-CV-00372-TUC-RCC<br><br>**DEFENDANTS TIFFANY & BOSCO, P.A. AND MARK S. BOSCO'S JOINDER TO QUICKEN'S RESPONSE TO "PLAINTIFFS OBJECTION TO NOTICE OF REMOVAL" [DOC. 16]** |

Defendants Tiffany & Bosco, P.A. and Mark S. Bosco (collectively "Defendants"), by and through counsel undersigned, hereby join Defendant Quicken's Response to "Plaintiffs Objection to Notice of Removal" (Doc. 16). If it later proves necessary, Defendants reserve the right to supplement this response.

RESPECTFULLY SUBMITTED this 22nd day of July, 2011.

**TIFFANY & BOSCO, P.A.**

By:   /s/ Paul D. Cardon
          Leonard J. McDonald, Jr.
          Paul D. Cardon
          Third Floor Camelback Esplanade II
          2525 East Camelback Road
          Phoenix, Arizona 85016-4237
          *Attorneys for Defendants Mark Bosco and Tiffany & Bosco, P.A.*

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Raner C. Collins
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2153

Gerard O'Meara, Esq.
Gust Rosenfeld PLC
One S. Church Ave., Suite 1900
Tucson, AZ 85701-1627
*Attorneys for Defendants Matthew A. Goldstein and Gust Rosenfeld, PLC*

Douglas C. Erickson
Maynard Cronin Erickson Curran & Reiter, PLC
3200 N. Central, Ste. 1800
Phoenix, AZ 85012
*Attorneys for Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC*

Jennifer A. Reiter,
Maynard Cronin Erickson Curran & Reiter, PLC
3200 N. Central, Ste. 1800
Phoenix, AZ 85012
*Attorney for Defendant Quicken Loans*

I further certify that on July 22, 2011, I mailed the attached document to the following persons:

Michael B. Sparlin & Sharon J. Sparlin
9151 E. Showcase Lane
Tucson, AZ 85749
*Plaintiff pro per*


By:/s/ Gail Hardin