*DISTRICT COURT*
*CASE 11-372-RCC*

Sharon Sparlin
9151 E Showcase Lane
Tucson, AZ 85749
(520) 760-0200

```
┌─────────────────────────────┐
│ ___ FILED      ___ LODGED   │
│ ___ RECEIVED   ___ COPY     │
│                             │
│  7      JUL 2 7 2011    7   │
│                             │
│   CLERK U S DISTRICT COURT  │
│      DISTRICT OF ARIZONA    │
│ BY_____ DEPUTY  │
└─────────────────────────────┘
```

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

**Michael Benson Sparlin and Sharon Jeanette Sparlin**

Plaintiff,

vs.

**Matthew A. Goldstein**

Defendant.

Case Number: C20113740

**AFFIDAVIT OF SERVICE**

Received by Constable Services CPS on the 15th day of June, 2011 at 11:02 am to be served on **Matthew A. Goldstein, Esq., one Church Ave, Ste 1900, Tuscon, AZ 85701**.

I, Anthony W Barnes I.D. #2965, being duly sworn, depose and say that on the **7th day of July, 2011 at 8:12 pm**, I:

**SUBSTITUTE** served the Defendant by delivering a copy of the **Summons and Complaint and Supporting Documentation** with the date and hour of service endorsed thereon by me, to: **Mark Goldstein** as **Co-Resident** at the address of: **910 15th Street N W, Apt 807, Washington, DC 20005**, the Defendants usual place of **Abode**, and who acknowledge being of suitable age and discretion and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5"10, Weight: 190, Hair: Dark Brown, Glasses: N

I solemnly affirm under the penalities of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm that I am a competent person over 18 years of age and not a party to the case.

Subscribed and Sworn to before me on the 27th day of July, 2011 by the affiant who is personally known to me

_Shann R Williams_
NOTARY PUBLIC

Shannon R. Williams
Notary Public - Maryland
Prince George's County
My Commission Expires on
June 11, 2012

_Anthony W Barnes_
Anthony W Barnes I.D. #2965
Constable Services

**Constable Services CPS**
**P.O. Box 3673**
**Laurel, MD 20709-3673**
**(888) 364-7774**

Our Job Serial Number: AWB-2011000848

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i