**GUST ROSENFELD** P.L.C.
One S. Church Ave., Suite 1900
Tucson, Arizona  85701-1627
(520) 628-7070
Gerard R. O'Meara, SBA# 002434
gromeara@gustlaw.com

**Attorneys for Defendants Gust Rosenfeld, P.L.C.
and Matthew A. Goldstein, Esq.**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>Quicken Loans Inc.; Mortgage Electronic Registration Systems, Inc.; Chase Home Finance LLC; Mark S. Bosco, Esq.; Tiffany & Bosco, P.A.; Matthew A. Goldstein, Esq.; Gust Rosenfeld, P.L.C.<br><br>Defendants | No. 4:11-cv-00372-RCC<br><br><br><br>**DEFENDANTS GUST ROSENFELD, P.L.C. and MATTHEW A. GOLDSTEIN, ESQ.'S REPLY AND JOINDER IN MOTIONS TO DISMISS** |

Plaintiffs have not alleged a single act of misconduct by Defendants Gust Rosenfeld, P.L.C., or Matthew A. Goldstein, Esq., in Plaintiffs' Complaint or in Plaintiffs' Amended Response to the Motions to Dismiss.  Nor have Plaintiffs alleged any specific legal claim against Gust Rosenfeld or Matthew A. Goldstein.

In fact, the sole allegation against Gust Rosenfeld and Matthew A. Goldstein in Plaintiffs' Complaint is that: "they represented themselves as co-counsel for the Forcible Detainer which was filed by FNME." Plaintiffs' Complaint at ¶ 66.

For these reasons, and for all the reasons stated in the motions and replies filed by the other defendants in this matter, dismissal of Plaintiffs' action should be granted.

An award of fees against Plaintiffs is requested under A.R.S. §§ 12-349 and 12-341.01,

464611 v1

1

and Rule 11, Fed.R.Civ.P.  Considering the background of this matter and the lack of any

justification for naming Gust Rosenfeld and Matthew A. Goldstein, such a request is reasonable

and proper.

RESPECTFULLY SUBMITTED this 8th day of August 2011.

GUST ROSENFELD P.L.C.

By :   /s/Gerard R. O'Meara _____
       Gerard R. O'Meara, Esq.
       Attorneys for Defendants
       Gust Rosenfeld, P.L.C. and
       Matthew A. Goldstein, Esq.

464611 v1

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, the original of the foregoing of Defendant Gust

Rosenfeld, P.L.C., was filed electronically, with:

Clerk, U.S. District Court
District of Arizona
405 West Congress St.
Tucson, AZ 85701
https://ecf.azd.uscourts.gov

COPY of the foregoing mailed this 8th day of August 2011, to:

Jennifer A. Reiter
MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
3200 N. Central Ave., Suite 1800
Phoenix, AZ  85012
*Attorneys for Defendant Quicken Loans Inc.*

Douglas C. Erickson
MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
3200 N. Central Ave., Suite 1800
Phoenix, AZ  85012
*Attorneys for Defendant JPMorgan Chase bank, N.A., successor by
 merger to Chase Home Finance, LLC*

Leonard J. McDonald, Jr.
Paul D. Cardon
TIFFANY & BOSCO, P.A.
Third floor Camelback Esplanade II
2525 E. Camelback Rd., Suite 300
Phoenix, AZ  85016-4237
*Attorneys for Defendants Tiffany & Bosco, P.A.
 and Mark S. Bosco, Esq.*

Michael Sparlin
Sharon Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749
Plaintiffs Pro Per

By:  /s/Lois A. Hall_____

464611 v1

3