Jennifer A. Reiter, No. 017502
jreiter@mmcec.com
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Defendant Quicken Loans Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Quicken Loans Inc.; Mortgage Electronic Registration Systems, Inc.; Chase Home Finance LLC; Mark S. Bosco, Esq.; Tiffany & Bosco, P.A.; Matthew A. Goldstein, Esq.; Gust Rosenfeld, PLC,<br><br>Defendants. | No. CV11-00372-RCC<br><br>**QUICKEN'S JOINDER IN CHASE'S RESPONSE TO PLAINTIFFS' MOTION TO STRIKE CORPORATION ASSIGNMENT OF DEED OF TRUST** |

Defendant Quicken Loans Inc. ("Quicken") hereby joins in Chase's Response to Plaintiffs' Motion to Strike Corporation Assignment of Deed of Trust, filed on September 7, 2011 (Doc. No. 32).

RESPECTFULLY SUBMITTED this 8th day of September, 2011.

**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**

By /s/Jennifer A. Reiter
Jennifer A. Reiter
3200 North Central Avenue
Phoenix, Arizona 85012-2443
Attorneys for Defendant Quicken Loans Inc.

**ORIGINAL** of the foregoing e-filed this 8th day of September, 2011, with:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2153

**COPY** of the foregoing electronically delivered this 8th day of September, 2011, to:

Honorable Raner C. Collins
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2153

Gerard O'Meara, Esq.
Gust Rosenfeld PLC
One S. Church Ave., Suite 1900
Tucson, AZ 85701-1627
Attorneys for Defendants Matthew A. Goldstein and Gust Rosenfeld, PLC

Douglas C. Erickson
Maynard Cronin Erickson Curran & Reiter, PLC
3200 N. Central, Ste. 1800
Phoenix, AZ 85012
Attorneys for Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC

Paul D. Cardon
Tiffany & Bosco, P.A.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016-9240
Attorneys for Defendants Tiffany & Bosco, P.A. and Mark S. Bosco

**COPY** of the foregoing mailed this 8th day of September, 2011, to:

Michael and Sharon Sparlin
9151 E. Showcase Lane
Tucson, AZ 85749
Plaintiffs Pro per

By     /s/Stacey Tanner