RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
Chase Home Finance LLC
800 Brooksedge Boulevard Westerville
Attn: Foreclosure Dept.
Westerville OH 43081

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY
RECORDING FEE: $10.00
RECORDED ON: July 21, 2010
AS DOCUMENT NO: 2010-1390257   BK: 13855 / PG: 646
BY: s/ Andy Tran
LSI TITLE AGENCY, INC. (IL)

T&B NO.: 10-17679
MIN NO.: 100039032188927038
APN: 114-51-06303

## CORPORATION ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns and transfers to **Chase Home Finance LLC** all beneficial interest under that certain Deed of Trust dated 01/22/2009 executed by **Michael B. Sparlin and Sharon J. Sparlin, husband and wife** Trustor, to **Title Source, Inc.** Trustee, and recorded on 02/09/09 as Recording No./Book-Page **13491-3366** of Official Records of Pima County, AZ describing the land therein:

AS PER DEED OF TRUST MENTIONED ABOVE.

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust

Effective Date: 07/05/2010

Mortgage Electronic Registration Systems, Inc. as nominee for Quicken Loans, Inc.

By: Jennifer Hamlin
Its: Assistant Secretary for MERS, Inc.

STATE OF ARIZONA
COUNTY OF MARICOPA

On July 19, 2010, before me, Paula Gruntmeir, a Notary Public for said State, personally appeared Jennifer Hamlin personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of
the State of ARIZONA that the foregoing is true and correct.

OFFICIAL SEAL
PAULA GRUNTMEIR
NOTARY PUBLIC   State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 23, 2011

WITNESS my hand and official seal.
Signature