| | |
|---|---|
| Name: | **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN H/W** |
| Address: | 9151 E Showcase Lane |
| City, State, Zip: | Tucson, AZ 85749 |
| Daytime Phone: | 520-760-0200 |

*Representing Self, Without a Lawyer*

FILED / RECEIVED / LODGED / COPY
SEP 19 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**MICHAEL BENSON SPARLIN** and
**SHARON JEANETTE SPARLIN** H/W
Plaintiffs

CASE NO: **4:11-cv-00372-TUC-RCC**

Superior Case: C20113740

v

**PLAINTIFFS MOTION TO STRIKE DEFENDANT TIFFANY AND BOSCO EXHIBIT 1 FILED AUGUST 5, 2011**

**QUICKEN LOANS, INC** and
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC** and
**CHASE HOME FINANCE LLC** and
**MARK S BOSCO, Esq.** and
**TIFFANY & BOSCO, P.A.** and
**MATTHEW A GOLDSTEIN, Esq.** and
**GUST ROSENFELD, PLC**
Defendants

Dated: September 17, 2011

Plaintiffs Michael Benson Sparlin and Sharon Jeanette Sparlin file this *Motion to Strike Defendant Tiffany & Bosco Exhibit 1* which was entered into evidence by Attorney Paul D Cardon from the law firm of Tiffany & Bosco, P.A. ("TAB") on August 5, 2011. (Doc #29)

1. Attorney Paul D Cardon appears to have been sleeping on August 5, 2011 when he filed 48 pages of exhibits on the above case.

2. Plaintiffs in this case are Michael Benson Sparlin and Sharon Jeanette Sparlin and this action relates to Plaintiffs personal residence which is located at 9151 E Showcase Lane, Tucson, Arizona 85749.

3. All 48 pages of exhibits filed by counsel relate to individuals named Scott Parker and Jacqueline Parker of 6035 South Jakemp Trail, Tucson, AZ 85747.

4. Through the negligence of Mr Cardon, this Plaintiff is now and forever aware of very sensitive information relative to Mr and Mrs Parker's account #872514558.

5. The exhibits relative to Mr. and Mrs. Parker should NOT have been made public knowledge to this Plaintiff and continues to show the 'foreclosure mill' mentality of Defendant TAB in their hurried and frantic efforts to mass foreclose on individuals without taking the time and energy to validate or verify their work.

6. If this Plaintiff were Mr. and Mrs. Parker I would be appalled at the actions of Defendant TAB.

7. This action on the part of Defendant TAB now begs the questions – Did Mr Cardon send exhibits relative to the Sparlins case to some unknown third party? Does he have any idea where he sent them? Did he send them to Mr. and Mrs. Parker?

8. This Plaintiff may seek further action against Defendant TAB under FDCPA 15 **U.S.C. §1692(b).**

For the above stated reasons, Plaintiffs move this court to strike Exhibit 1 which was filed on August 5, 2011 (Doc #29) by Defendant TAB as irrelevant and immaterial.

_/s/ Sharon J Sparlin_
Sharon J Sparlin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the above has been furnished by U.S. Mail on this 17th day of September, 2011 to the following:

Jennifer A Reiter, No 017502
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste 1800
Phoenix, Arizona 85012
   *Attorney for Defendant Quicken Loans, Inc.*

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**
P.O. Box 2026
Flint, MI 48501-2026

Douglas C Erickson, 012130
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste 1800
Phoenix, Arizona 85012
   *Attorney for JPMorgan Chase Bank, N.A., and Chase Home Finance, LLC*

Leonard J McDonald, Jr, 014228
**TIFFANY & BOSCO, P.A.**
2525 East Camelback Road
Phoenix, Arizona 85016
   *Attorney for Tiffany & Bosco, P.A. and Mark S. Bosco*

**MATTHEW A GOLDSTEIN, ESQ.**
c/o Matthew A Goldstein, PLLC
1220 G Street, NW, Ste 800
Washington, DC 20005

**GUST ROSENFELD, PLC**
One South Church Avenue, Ste 1900
Tucson, AZ 85701

_____
Sharon J Sparlin